# **IMPORTANT NOTICE**

A continuance granted too near a scheduled sentencing results in waste of resources. Counsel's obligation to the court includes due diligence in seeking a continuance. Except in the most acute circumstances, counsel must seek a continuance, including **every continuance premised on a defendant's cooperation with law enforcement**, within thirty days after service of this order. Every motion for a continuance shall include a statement of the other party's support or opposition to the proposed continuance.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:23-cr-409-SDM-SPF

GABRIEL GLADMAN
_____/

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Based on the results of a hearing under Rule 11, Federal Rules of Criminal Procedure, the United States Magistrate Judge's report recommends acceptance of the defendant's plea of guilty. No timely objection appears. A review of the record confirms that the requirements of Rule 11 are satisfied. The defendant's plea of guilty to Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, and Fourteen of the indictment is **ACCEPTED,** and the defendant is adjudged **GUILTY**.

The sentencing will occur on **September 13, 2024**, at **9:00 a.m.** in Courtroom 15A of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

ORDERED in Tampa, Florida, on July 8, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

TO: Counsel of Record
U.S. Probation Office
U.S. Marshal Service
U.S. Pretrial Service